UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>QUIGLEY,<br><br>　　　　　　　　Defendant. | Case No. 3:23-cv-00270-ART-CLB<br><br>ORDER |

Pending before the Court is Defendant's motion for extension of time to submit a declaration. (ECF No. 46.) At a hearing on Plaintiff James Scott's motion for reconsideration, the Court ordered defense counsel to submit a declaration from Dr. Quigley by December 2, 2024. (ECF No. 44.) In the motion, defense counsel explains that they have been unable to contact Dr. Quigley because he is on vacation until December 6, 2024. (ECF No. 46.) Defense counsel requests an extension until December 13, 2024. (*Id.*)

It is therefore ordered that Defendant's motion for extension of time (ECF No. 46) is granted. Defendant has until December 13, 2024, to submit Dr. Quigley's declaration.

DATED: December 2, 2024

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1