**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>    Plaintiff,<br><br>v.<br><br>QUIGLEY,<br><br>    Defendant. | Case No. 3:23-CV-00270-ART-CLB<br><br>**ORDER STRIKING DOCUMENTS**<br><br>[ECF Nos. 61, 62, 63, 64] |

On January 2, 2025, counsel for Defendant filed several documents—including a motion for summary judgment—that appear to have been inadvertently filed in this action, but based on the case caption were intended to be filed in *Womack v. Hanf*, 2:23-cv-00557-APG-MDC. (*See* ECF Nos. 61, 62, 63, 64.)

Accordingly, **IT IS ORDERED** that the documents, (ECF Nos. 61, 62, 63, 64), are hereby **STRICKEN**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **REFILE** these documents in the correct case, *Womack v. Hanf*, 2:23-cv-00557-APG-MDC.

**DATED**: January 3, 2025

**UNITED STATES MAGISTRATE JUDGE**