UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>QUIGLEY, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:23-CV-00270-ART-CLB<br><br>**ORDER TO FILE OPPOSITION OR RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |

On December 13, 2024, Defendants filed a motion for summary judgment. (ECF No. 51.)  An opposition or response to this motion was due on or before Friday, January 3, 2025. Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). (ECF No. 55.)  To date, Plaintiff has failed to file an opposition.

The Court will *sua sponte* grant Plaintiff an extension of time to **Tuesday, January 21, 2025** to file an opposition to the motion for summary judgment.  No further extensions of time shall be granted absent extraordinary circumstances.  If Plaintiff fails to file an opposition, the motion will be submitted to the Court for decision.

**IT IS SO ORDERED.**

DATED this 7th day of January 2025.

_____
UNITED STATES MAGISTRATE JUDGE